UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

PAMELA WILLIAMS,

                Plaintiff,

    -against-

NUDESTIX USA INC., *on behalf of herself and all others similarly situated*,

                Defendant.

------------------------------------- x



ORDER

20 Civ. 4798 (GBD)

GEORGE B. DANIELS, United States District Judge:

    This Court having been advised that the parties have reached agreement on all issues in this matter, the Clerk of Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's docket if an application to restore is made within forty-five (45) days.

    All conferences previously scheduled are adjourned *sine die*.

Dated: September 14, 2020
       New York, New York

                                          SO ORDERED.

                                          */s/ George B. Daniels*
                                          GEORGE B. DANIELS
                                          United States District Judge